KEEGAN, Respondent, v. STREETER, Appellant. (Supreme Court, Appellate Division, First Department. May 22, 1908.) Action by Patrick Keegan against Daniel D. Streeter. L. S. Carrere, for appellant. M. L. Maleveisky, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

INGRAHAM, J., dissents.

---

KELLER et al., Appellants, v. LISPENARD REALTY CO., Respondents. (Supreme Court, Appellate Division, First Department. April 24, 1908.) Action by Jacob Keller and another against the Lispenard Realty Company. M. London, for appellants. G. Nathan, for respondents. No opinion. Appeal dismissed, without costs. Settle orders on notice.

---

KELLY v. WRONKOW et al. ALLEN et al. v. KELLY et al. (Supreme Court, Appellate Division, First Department. May 29, 1908.) Actions by Richard B. Kelly, as executor, against Herman Wronkow and others, and by William F. Allen, trustee, etc., against Richard B. Kelly and others. C. H. Broas and D. McLean, for appellants. J. D. Connolly, for respondents. No opinion. Order (111 N. Y. Supp. ——) affirmed, with $10 costs and disbursements, in each case. Settle orders on notice.

---

KERNER et al., Appellants, v. BINGHAM et al., Respondents. (Supreme Court, Appellate Division, First Department. May 15, 1908.) Action by William Kerner and another against Theodore A. Bingham and others. J. Stiefel, for appellants. T. Connoly, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

KILKENNEY v. CORNELL STEAMBOAT CO. (Supreme Court, Appellate Division, First Department. May 15, 1908.) Action by James Kilkenney, administrator, against the Cornell Steamboat Company. From an order granting the cause a preference over other issues, defendant appeals. Modified and affirmed. A. Van Etten, for appellant. A. Weil, for respondent.

PER CURIAM. The order should be modified, by giving this action a preference over other issues noticed for the March term of 1908, and striking out provision setting the case down for trial for a day certain, and, as so modified, affirmed, with $10 costs and disbursements to the appellant.

---

KING v. WILL J. BLOCK CO. (Supreme Court, Appellate Division, First Department. May 28, 1908.) Action by Alice F. H. King against the Will J. Block Company. No opinion. Motion denied. Order filed.

---

KING v. WILL J. BLOCK CO. (Supreme Court, Appellate Division, First Department. May 29, 1908.) Action by Alice F. H. King against the Will J. Block Company. No opinion. Motions granted. Order filed.

---

KINGSLAND v. MORRIS et al. MILLIKEN v. VALENTINE. (Supreme Court, Appellate Division. First Department. May 15, 1908.) Actions by Cornelius F. Kingsland against Helen S. Morris and others, and by Grace S. Milliken against Mitchell Valentine. M. Conboy, for appellant. J. F. Coffin, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

KINLOCH, Respondent, v. DEINHARDT, Appellant. (Supreme Court, Appellate Division, Second Department. April 24, 1908.) Action by Robert E. Kinloch against John Deinhardt. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

KISTER, Appellant, v. POLLAK et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 24, 1908.) Action by Celia Kister against Samuel B. Pollak and another. No opinion. Motion denied, with $10 costs.

---

KNAPP, Respondent, v. HARPER & BROS., Appellant. (Supreme Court, Appellate Division, Third Department. May 6, 1908.) Action by Charles J. Knapp against Harper & Bros. No opinion. Order affirmed, with $10 costs and disbursements.

---

KNICKERBOCKER TRUST CO. v. ALTMAYER. (Supreme Court, Appellate Division, First Department. May 15, 1908.) Action by the Knickerbocker Trust Company against Aaron K. Altmayer. No opinion. Motion denied, on condition that appellant have his appeal ready for argument at the October term. Order filed.

---

KOCH, Respondent, v. CLARK et al., Appellants. (Supreme Court, Appellate Division, First Department. May 22, 1908.) Action by John V. Koch, as trustee, against Anna H. Clark and others, impleaded. W. S. Brewster, for appellants. P. Bonynge, for respondent. No opinion. Judgment (58 Misc. Rep. 90, 108 N. Y. Supp. 771) affirmed, with costs to all parties separately appearing, payable out of the estate. Order filed.

---

KROUSE, Appellant, v. LONG ISLAND STORAGE WAREHOUSES et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 12, 1908.) Action by John Krouse against the Long Island Storage Warehouses and others. No opinion. Motion denied.

---

KRAM, Appellant, v. SHYEV, Respondent. (Supreme Court, Appellate Division, First Department. April 24, 1908.) Action by Harry Kram against Joseph Shyev. E. Cohn, for appellant. S. L. Samuels, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See 57 Misc. Rep. 112, 107 N. Y. Supp. 539.